Appeal from the Circuit Court of the United States for the Eastern District of Missouri. Higdon, Longan & Hopkins, for appellants. A. C. Fowler and James H. Bryson, for appellee. Dismissed, at costs of appellants, pursuant to stipulation.

---

FRIZZELL v. ROOT et al. (Circuit Court of Appeals, Eighth Circuit. December 9, 1903.) No. 1,908. In Error to the Circuit Court of the United States for the District of Nebraska. C. J. Smyth and Ed P. Smith, for plaintiff in error. E. W. Simeral and John C. Cowin, for defendants in error. Writ of error dismissed, at costs of defendants in error Cowin and Simeral.

---

GILSON ASPHALTUM CO. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 7, 1903.) No. 1,665. Appeal from the Circuit Court of the United States for the District of Utah. G. A. Finkelnburg, Charles Nagel, Allen C. Orrick, and Andrew Howat, for appellant. Joseph Lippman and Pennell Cherrington, for the United States. Dismissed, without costs to either party in this court, on motion of the United States.

---

GILSON ASPHALTUM CO. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 17, 1903.) No. 1,666. Appeal from the Circuit Court of the United States for the District of Utah. G. A. Finkelnburg, Charles Nagel, Allen C. Orrick, and Andrew Howat, for appellant. Joseph Lippman and Pennell Cherrington, for the United States. Dismissed, without costs to either party in this court, on motion of the United States.

---

HAWAIIAN TRAMWAYS CO., Limited, v. HONOLULU RAPID TRANSIT & LAND CO. (Circuit Court of Appeals, Ninth Circuit. February 1, 1904.) No. 851. In Error to the District Court of the United States for the District of Hawaii. J. J. Dunne, for plaintiff in error. E. B. McClanahan, for defendant in error. Upon stipulation of counsel, cause dismissed in accordance with the terms of said stipulation.

---

HAWAIIAN TRAMWAYS CO., Limited, v .HONOLULU RAPID TRANSIT & LAND CO. (Circuit Court of Appeals, Ninth Circuit. February 1, 1904.) No. 890. Appeal from the District Court of the United States for the District of Hawaii. J. J. Dunne and Robert W. Breckons, for appellant. Upon stipulation of counsel, cause dismissed in accordance with the terms of said stipulation.

---

HEINZE et al. v. BUTTE & B. CONSOL. MIN. CO. et al. (Circuit Court of Appeals, Ninth Circuit. February 17, 1904.) Nos. 995, 997. Appeals from the Circuit Court of the United States for the District of Montana. John J. McHatton and James M. Denny, for appellants. Upon motion of counsel for appellants, appeals dismissed.

---

HOUSE v. HOUSTON ICE & BREWING CO. (Circuit Court of Appeals, Fifth Circuit. November 30, 1903.) No. 1,255. Petition to Superintend and Revise Decision of the District Court of the United States for the Southern